# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 8, 2007

133905 & (17)(24)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

THOMAS DAVID RICHARDSON,
　　　　Defendant-Appellant.

SC: 133905
COA: 277547
Alger CC: 07-001782-FC

_____/

　　　　On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 4, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for expedited consideration as on leave granted. The motion for leave to file a brief amicus curiae is DENIED as moot.

　　　　We further ORDER that trial court proceedings are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2007

_____
Clerk

p0605